IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VIRGIL SMITH, Individually, & <br> ADAM SMITH, through his legal guardian, <br> VIRGIL SMITH, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) | |
| PHOENIX SEATING SYSTEMS, LLC <br> d/b/a FALCON/LEBAC SYSTEMS, a <br> limited liability corporation, and <br> APRIA HEALTHCARE GROUP, INC., <br> a corporation, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |
| and | ) <br> ) | |
| PHOENIX SEATING SYSTEMS, LLC <br> d/b/a FALCON/LEBAC SYSTEMS, a <br> limited liability corporation, | ) <br> ) <br> ) <br> ) | |
| Defendant/Third Party Plaintiff, | ) <br> ) | Case No. 09-568-GPM |
| vs. | ) <br> ) | |
| VELO ENTERPRISE CO., LTD. <br>     1012 Sec. 1 Chung Shan Road <br>     Tachia, Taichung Hsien, Taiwan <br>     P.O. Box 152 Tachia | ) <br> ) <br> ) <br> ) <br> ) | |
| Third Party Defendant, | ) <br> ) | |
| and | ) <br> ) | |
| RATTOX CORPORATION <br>     No. 19, Lane 3, Alley 227, Nung-An St. <br>     Taipei, Taiwan <br>     P.O. Box 68-367 | ) <br> ) <br> ) <br> ) <br> ) | |
| Third Party Defendant. | ) | |

## VELO ENTERPRISE'S FEDERAL RULE OF CIVIL PROCEDURE RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Velo Enterprise Co., Ltd. makes the following corporate disclosure statement.

Velo Enterprise Co., Ltd. is a privately-owned Taiwan company. Velo Enterprise Co., Ltd. is not a public-stocked company.

Respectfully submitted,

**SANCHEZ DANIELS & HOFFMAN LLP**


s/April A. Vesely
Attorneys for Third Party Defendant,
VELO ENTERPRISE CO., LTD.

Joseph P. Sullivan
April A. Vesely (ARDC:  6290970)
**SANCHEZ DANIELS & HOFFMAN LLP**
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 641-1555

Attorney I.D. 6290970          JPS/AAV          F:/HG/83648/Ple/Velo-Corp Stmt 08-18-10.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VIRGIL SMITH, Individually, & <br> ADAM SMITH, through his legal guardian, <br> VIRGIL SMITH, <br><br> Plaintiffs, <br><br> vs. <br><br> PHOENIX SEATING SYSTEMS, LLC <br> d/b/a FALCON/LEBAC SYSTEMS, a <br> limited liability corporation, and <br> APRIA HEALTHCARE GROUP, INC., <br> a corporation, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 09-568-GPM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

To:  **VIA ECF FILING**
     Attorneys of Record

    I hereby certify that I electronically filed this Certificate of Service and Federal Rule of Civil Procedure Rule 7.1 Disclosure Statement on behalf of Third Party Defendant, VELO ENTERPRISE CO., LTD. via the ECF System and that a true and correct copy will be served electronically to all attorney(s) of record at or before 5:00 p.m. on August 18, 2010 and that this statement as set forth is true and correct.

                                             s/April A. Vesely

April A. Vesely (ARDC: 6290970)
**SANCHEZ DANIELS & HOFFMAN LLP**
Attorneys for Third Party Defendant,
VELO ENTERPRISE CO., LTD.
333 West Wacker Drive, Suite 500
Chicago, Illinois 60606
Telephone:    (312) 641-1555
Facsimile:    (312) 641-3004