Attorney I.D. 6206202        JPS/AAV

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VIRGIL SMITH, Individually, & | ) | |
| ADAM SMITH, through his legal guardian, | ) | |
| VIRGIL SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| PHOENIX SEATING SYSTEMS, LLC | ) | |
| d/b/a FALCON/LEBAC SYSTEMS, a | ) | |
| limited liability corporation, and | ) | |
| APRIA HEALTHCARE GROUP, INC., | ) | |
| a corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| and | ) | |
| | ) | |
| PHOENIX SEATING SYSTEMS, LLC | ) | |
| d/b/a FALCON/LEBAC SYSTEMS, a | ) | |
| limited liability corporation, | ) | |
| | ) | |
| Defendant/Third Party Plaintiff, | ) | Case No. 09-568-GPM |
| vs. | ) | |
| | ) | |
| VELO ENTERPRISE CO., LTD. and | ) | |
| RATTOX CORPORATION, | ) | |
| | ) | |
| Third Party Defendants, | ) | |

## DISCLOSURE OF EXPERT WITNESS

COME NOW Third Party Defendants, VELO ENTERPRISE CO., LTD. and RATTOX

CORPORATION, by and through their counsel, Sanchez Daniels & Hoffman LLP, and pursuant

to Federal Rule of Civil Procedure 26(A)(2)(b), hereby disclose the following expert:

Robert M. Bruce, M.D.
Pulmonary Diagnostic & Therapeutic Services, Inc.
4625 Lindell Boulevard, Suite 507
St. Louis, Missouri 63108-3927

In further accordance with Federal Rule of Civil Procedure 26(A)(2)(b), Third Party

Defendants attach all reports prepared by Dr. Bruce, his CV, a publication list, and his fee

schedule. (Bates-stamped BRUCE 0001 – 0007).  Dr. Bruce has not been involved in other cases

in the last four years.

s/Joseph P. Sullivan
**Signature**
Joseph P. Sullivan (ARDC:  6206202)
**SANCHEZ DANIELS & HOFFMAN**
Attorneys for Third Party Defendants
333 West Wacker Drive, Suite 500
Chicago, Illinois 60606
Telephone:     (312) 641-1555
Facsimile:      (312) 641-3004
jsullivan@sanchezdh.com

## PROOF OF SERVICE

I hereby certify that on this 19th day of January, 2012, I served this Disclosure of Expert Witness by sending same via e-mail and U.S. Mail, postage prepared, to counsel of record as follows:

s/Joseph P. Sullivan_____

Thomas Q. Keefe, III
Thomas Q. Keefe, Jr. P.C.
#6 Executive Woods Court
Belleville, IL 62226
keefetq@gmail.com
lisa@tqkeefe.com

Ross S. Titzer
Robert J. Bassett
Williams Venker & Sanders LLC
100 N. Broadway, 21st floor
St. Louis, MO 63102
rbassett@wvslaw.com
rtitzer@wvslaw.com

Scott C. Bentivenga
Michael Haggerty
Lewis, Brisbois, Bisgaard & Smith
550 W. Adams, Suite 300
Chicago, IL 60661
sbentivenga@lbbslaw.com
mhaggerty@lbbslaw.com

Robert M. Bruce, M.D.
Pulmonary Diagnostic & Therapeutic Services Inc.

4625 Lindell Boulevard, Suite 507    St. Louis, Missouri 63108-3927    314-362-7276

January 17, 2012

Ross Titzer
Williams Venker & Sanders LLC
Bank of America Tower
100 North Broadway
21st Floor
St. Louis, MO 63102

RE: Virgil Smith

Dear Mr. S. Titzer

I have reviewed the following records regarding Virgil Smith.

Deposition transcript of Virgil Smith;

Report and diagnosis of Dr. Peter Tuteru;

Opinions and reports of Dr. Elmer Rauckman;

Records of Dr. Son Le dated January 8, 2003, August 18, 2003, and October 28, 2003;

Records of Moulton/Prairie Heart Institute dated February 3, 2003;

Records of St. Joseph's Hospital dated August 23, 2003;

Records of Veteran's Affairs Medical Center ("VAMC-Marion) dated September 23, 2003, December 15, 2003, February 5, 2004, March 4, 2004, March 15, 2004, January 19, 2007, March 11, 2008, April 6, 2009, November 24, 2009, December 10, 2009, May 11, 2010;

Records of Dr. Kurt Martin dated April 29, 2004, August 5, 2008, November 5, 2008, April 19, 2010;

Records of Dr. Sheffield Boardman dated April 2, 2009, August 19, 2009, August 24, 2009, and November 24, 2009;

Records of Harrisburg Medical Center dated October 31, 2009;

BRUCE  0001

Records of Memorial Hospital dated February 4, 2010 and May 21, 2010;

Records of Herrin Hospital dated February 5, 2010;

Records of Dr. Elizabeth Schupp dated February 18, 2010.

In addition I have obtained and reviewed tracings of each of the spirometric efforts as part of the Methacholine Challenge test performed at Washington University School of Medicine on Virgil Smith on February 16, 2011. I have reviewed the deposition of Peter G. Tuteur, M.D. from January 9, 2012.

Based on review of these materials and records it is my opinion that the methacholine challenge is the gold standard for the diagnosis of reactive airways disease. In reviewing the raw data, that is, the tracings from each of the spirometric efforts for the methacholine Challenge conducted on Virgil Smith on February 16, 2011 I conclude that the values reported on the final report are not correct. I disagree with the interpretation of a positive Methacholine Challenge.

I can not conclude with a reasonable degree of medical certainity that Virgil Smith meets the diagnostic criteria for reactive airways disease.

Sincerely your,

Robert M. Bruce, M.D.
RMB/ pmr

BRUCE 0002

CURRICULUM VITAE

ROBERT MICHAEL BRUCE, M.D.

**BORN:**
September 18, 1942 – St. Louis, Missouri

**MARITAL STATUS:**
Married – Two children

**EDUCATION:**
A.B., Washington University, 1964
B.S., University of Minnesota, 1968
M.D., University of Minnesota, 1968

**POST-GRADUATE EDUCATION:**

| | |
|---|---|
| 1968 – 1969 | Internship, Ward Medicine Service Barnes Hospital, St. Louis, Missouri |
| 1969 – 1970 | Residency, Ward Medicine Service Barnes Hospital, St. Louis, Missouri |
| 1970 – 1972 | Clinical Associate, Immunophysiology Section, Metabolism Branch, National Cancer Institute, National Institutes of Health, Bethesda, Maryland |
| 1972 – 1974 | Fellow in Pulmonary Medicine, Washington University Medical Center, St. Louis, Missouri |

**MILITARY SERVICE:**

| | |
|---|---|
| 1970 – 1972 | Surgeon, United State Public Health Service, Honorable discharge, 6/27/72 |

**ACADEMIC POSITIONS**

| | |
|---|---|
| 1974 – 1980 | Assistant Professor of Medicine, Washington University Medical Center, St. Louis, Missouri |
| 1980 – 1994 | Assistant Professor of Clinical Medicine, Washington University Medical Center, St. Louis, Missouri |
| 1994 – 2003 | Associate Professor of Clinical Medicine, Washington University Medical Center |
| 2003 – Present | Professor of Clinical Medicine, Washington University Medical Center |

**Board Certification:**

| | |
|---|---|
| 1973 | Internal Medicine |
| 1974 | Pulmonary Disease |

**Scholarships and Fellowships:**

| | |
|---|---|
| 1960 – 1964 | Honor Scholarship, Washington University |
| 1965 | Summer Student Fellowship, Department of Psychiatry, Washington University Medical School |
| 1965 – 1968 | Minnesota Medical Foundation Honor Scholarship |
| 1966 | Minnesota Heart Association Fellowship Award |
| 1972 – 1973 | Ellen L. Boyce Fellowship in Pulmonary Medicine, Washington University Medical Center |

**HONORS:**

| | |
|---|---|
| 1964 | Phi Beta Kappa |
| 1967 | Alpha Omega Alpha |

BRUCE 0003

Robert Michael Bruce,  M.D.
Curriculum Vitae
Page Two

| 1968 | Mosby Award for Scholastic Excellence |
| 1977 – 1978 | Teacher of the Year, Department of Medicine, Washington University Medical Center |
| 1982 | Outstanding Teacher, Washington University Medical School, Class of 1984 |
| 2005 | Community Scholar Award Barnes-Jewish Hospital and Washington University, Department of Medicine |

**Societies:**

American College of Chest Physicians
American Thoracic Society
Barnes Hospital Society
Barnes-Jewish Medical Staff Association
Missouri Thoracic Society

**Elected Offices:**

| 1982 – 1985 | Governing Council, Barnes Hospital Society |
| 1982 – 1985 | Governing Council, Missouri Thoracic Society |
| 1984 – 1986 | Vice President, Missouri Thoracic Society |
| 1982 – 1988 | Board of Directors, American Lung Association of Eastern Missouri |
| 1986 – 1988 | President, Joint Conference Committee, American Lung Association of Eastern Missouri and American Lung Association of Western Missouri |
| 1988 – 1990 | President, Missouri Thoracic Society |
| 2002 – 2006 | Staff Council, Barnes – Jewish Medical Staff Association |
| 2006 – 2010 | Staff Council, Barnes – Jewish Medical Staff Association |
| 2010 – 2014 | Staff Council, Barnes – Jewish Medical Staff Association |

BRUCE  0004

# Bibliography

## Robert Michael Bruce, M.D.

Bruce, R.M., Adamson, J.S. and Pierce, J.A.: Collagen and Elastin Content of the Lung in Antitrypsin Deficiency, Clin. Res., 18, 1970.

Bruce, R.M., Sims, K. and Pitts, F.N., Jr.: Synthesis and Purification of succinic Semialdehyde, Ana. Biochem., 41: 271-273, 1971.

Bruce, R. M. and Hirst, R.N., Jr.: Chapter 8, Pulmonary Disease in Manual of Medical Therapeutics, 20th edition, p 183-207, Little Brown and Co., Boston 1971.

Waldmann, T. A., Polmar, S.H., Balestra, S. T., Jost, M.C., Bruce, R.M., and Terry, W.D.: Immunoglobin E in Immunologic Deficiency diseases ll. Serum IGE Concentration of Patients with Acquired Hypogammaglubulinemia, Thymoma and Hypogammaglubulinemia, Myotronic Dystrophy, Intestinal Lymphangectasia and Wiskott-Aldrich Syndrome, J. Immunol., 108: 304-310, 1972.

Waldmann, T.A., Bull, J.M., Bruce, R.M., Broder, S., Jost, M.C., Balestra, S.T., and Suer, M.D.: Serum Immunoglobulin E Levels in Patients with Neoplastic Disease, J. Immunol., 113: 379-386, 1974

Bruce, R.M. and Blaese, R.M.: Monoclonal Gammopathy in the Wiskott-Aldrich Syndrome, J. Peds., 85: 204-207, 1974.

Nelson, D.L., Blaese, R.M., Strober, W., Bruce R.M., and Waldmann, T.A.: Constructive Pericarditis, Intestinal Lymphangectasia, and Reversible Immunologic Deficiency, J. Peds., 86: 548-554, 1975.

Borsodi, A.D., Bradshaw, R.A., Rughani, I.K., and Bruce , R.M.,: Structural and Functional Relationships of Human Antithrombin III and Alpha-1 Antitrypsin, in Heparin, pp 249-253, Plenum Publishing Corporation, New York, 1975.

Bruce, R.M., Raab, A.M. and Pierce, J.A.: Glycosaminoglycan Composition of Human Lung at Various Ages, Clin. Res., 24:  383A, 1976.

Roberts, A., Kagan, A., Rhoads, G.G., Pierce, J.A., and Bruce, R.M.:  Antitrypsin and Chronic Obstructive Pulmonary Disease Among Japanese-American Men, Chest, 72:  489-491, 1977.

Bruce, R.M. and Wise, L.: Tuberculosis after Jejunoileal Bypass for Obesity, Ann. Int. Med., 87: 574-576, 1977.

Talamo, R. C., Bruce, R.M., Langley, C.E., Berninger, R.W., Pierce, J.A., Brant, L.J., and Duncan, D.B.: Alpha-1 Antitrypsin Laboratory Manual, U!S. Department of Health, Education, Welfare, Public Health Service, National Institutes of Health, DHEW Publication NO. (NIH) 78-1420, April 1978.

Parker, C., Uitto, J., Bruce, R.M., Roberts, R., and Kissane, J.:  Mixed Connective Tissue Disease, AM. J. Med.,65:  833-842, 1978.

BRUCE 0005

**Bibliography**
**Robert, Michael Bruce, M.D.**
**Page 2**

Beyt, B.E., Sondag, J.E. and Bruce, R.M.: The Spectrum of Human Pulmonary Pasteurellosis, JAMA, 242: 1647-1648. 1979.

Parker, C., Sagel, S., Chaplin, H., Atkinson, J., Bruce, R.M., and Kissane, J.: Thrombocytopenia In a Young Woman, Am. J. Med., 68: 595-604, 1980.

Bruce, R.M., Cohen, B.H., Diamond, E.L., Fallat, R.J., Lebowitz, M.D., Mittman, C., Patterson, C.D., and Tockman, M.S.: Collaborative Study to Assess Risk of Lung Disease in Pi MS Phenotype Subjects, Am. Rev. Respir. Dis., 130: 386-390, 1984.

Lebowitz, M.D., Bruce, R.M., Cohen, B.H., Diamond, E. L., Fallat, R.J., Knudson, R.J., Mittman, C., Tockman, M.S.: Selection bias of Pi MZ  Subjects, Am. Rev. Respir. Dis., 131: 801, 1985.

01/18/2007

BRUCE  0006

Robert M. Bruce, M.D.      4625 Lindell Blvd, Suite 507     St. Louis, Missouri 63108-3927

Fees for Review of Records/ Reports and Phone Conferences

2012 PRICING

PHONE CONFERENCES AND REVIEW OF RECORDS ARE BASED ON A HOURLY RATE OF $595.00 PER HOUR OR ANY PORTION OF A HOUR.

NOTE: LETTERS TO REPORT ON THE REVIEW OF RECORDS IS INDIVIDUALLY PRICED BASED ON THE AMOUNT OF RECORDS AND LENGTH OF THE REPORT.

BRUCE 0007