EXHIBIT D

# GEL+發泡+木板 生產流程圖

