IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**VIRGIL SMITH,** *individually,*
**and ADAM SMITH,** *through*
*his legal guardian, Virgil Smith,*

    **Plaintiffs,**

v.

**PHOENIX SEATING SYSTEMS, LLC,**
**d/b/a FALCON/LEBAC SYSTEMS,**

    **Defendant/Third Party Plaintiff,**

v.

**VELO ENTERPRISES CO., LTD.,**
**And RATTOX CORPORATION,**

    **Third-Party Defendants.**                  No. 09-cv-568-DRH-DGW

### MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

    Pending before the Court is plaintiffs' motion to dismiss without prejudice (Doc. 126). Plaintiffs seek dismissal without prejudice of defendant Phoenix Seating Systems, LLC d/b/a Falcon/Lebac Systems (Phoenix), and third-party defendants Velo Enterprise Co., Ltd., and Rattox Corporation. Plaintiffs state no defendant or third-party defendant objects to their request. However, the Court **GRANTS** Plaintiffs' motion solely as to defendant Phoenix. Thus, Phoenix is dismissed without prejudice as a defendant from this action. However, as this matter is set for final pretrial conference on January 7, 2013, Phoenix is directed

to inform the Court by **January 3, 2013,** whether a final pretrial conference is still necessary regarding resolution of its pending third party complaint.

**IT IS SO ORDERED.**

Signed this 28th day of December, 2012.

Digitally signed by David R. Herndon
Date: 2012.12.28 10:38:01 -06'00'

**Chief Judge
United States District Court**