IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

VIRGIL SMITH, *individually*,
and ADAM SMITH, *through*
*his legal guardian, Virgil Smith*,

    Plaintiffs,

v.

PHOENIX SEATING SYSTEMS, LLC,
d/b/a FALCON/LEBAC SYSTEMS,

    Defendant/Third Party Plaintiff,

v.

VELO ENTERPRISES CO., LTD.,
And RATTOX CORPORATION,

    Third-Party Defendants.                No. 09-cv-568-DRH-DGW

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

    Pending before the Court is third-party plaintiff Phoenix Seating Systems, LLC, d/b/a Falcon/Lebac Systems' (Phoenix) motion to voluntarily dismiss without prejudice its third-party complaint (Doc. 128). The Court **GRANTS** Phoenix's motion. Thus, its third-party complaint against third-party defendants Velo Enterprises Co., Ltd., and Rattox Corporation is dismissed without prejudice. Accordingly, the final pretrial conference set for January 7, 2013 is hereby canceled. The Clerk is directed to close the file.

    **IT IS SO ORDERED.**
Signed this 28th day of December, 2012.

Digitally signed by
David R. Herndon
Date: 2012.12.28
14:41:11 -06'00'

**Chief Judge**
**United States District Court**